**RUI GUO, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 06–74436.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2008.[*]

Filed Jan. 13, 2009.

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[1.] Chavez–Arevalo did not petition for review of the BIA's denial of his Convention Against Torture claim.

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Rui Guo, Alhambra, CA, pro se.

Remi Adalemo, Trial, DOJ–U.S. Department of Justice, CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and RYMER, Circuit Judges.

### MEMORANDUM **

Rui Guo, a native and citizen of China, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen immigration proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review the BIA's denial of a motion to reopen for abuse of discretion. *See Movsisian v. Ashcroft,* 395

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

F.3d 1095, 1098 (9th Cir.2005). We deny the petition.

On June 8, 2006, Guo filed a motion to reopen immigration proceedings in a case in which a final administrative decision had been rendered on July 13, 2004. On this record, the BIA did not abuse its discretion in denying the motion to reopen on the ground that it was untimely. *See* 8 C.F.R. § 1003.2 (motion to reopen must be filed within 90 days of final administrative order).

### PETITION FOR REVIEW DENIED.